☒ FILED  ☐ LODGED

**Sep 15 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL BAILEY
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant United States Attorney
State Bar No.: 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Cesar Irive-Araujo, <br><br> Defendant. | CR20-01423-TUC-SHR-MSA <br> 20-04513M <br><br> **I N F O R M A T I O N** <br><br> Violation: 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) <br><br> (Illegal Re-Entry After Deportation) <br><br> (Felony) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 14, 2020, in the District of Arizona, to wit: at or near Lukeville, Cesar Irive-Araujo, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about August 8, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

Dated this _____ day of _____, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

GERARD SCHMIT   Digitally signed by GERARD SCHMIT
                Date: 2020.08.18 09:57:50 -07'00'

MICAH SCHMIT
Assistant U.S. Attorney